No. 03–9849.  MARTIN *v.* HERNANDEZ, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 03–9850.  KISSANE *v.* JONES, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 03–9864.  HICKS *v.* HEAD, WARDEN.  C. A. 11th Cir.  Certiorari denied.

No. 03–9878.  SIGALA *v.* TEXAS.  Ct. Crim. App. Tex.  Certiorari denied.

No. 03–9896.  MAYS *v.* STRAUB, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 03–9953.  HOWARD *v.* HILLSBOROUGH COUNTY SHERIFF'S DEPARTMENT.  C. A. 11th Cir.  Certiorari denied.

No. 03–9963.  AUSTIN *v.* GILLIS, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT COAL TOWNSHIP, ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 03–9972.  POSEY *v.* CALIFORNIA.  Sup. Ct. Cal.  Certiorari denied.

No. 03–10005.  WILLIAMS *v.* ROWLEY, SUPERINTENDENT, MISSOURI EASTERN CORRECTIONAL CENTER.  C. A. 8th Cir.  Certiorari denied.

No. 03–10013.  QUEVADO *v.* RUMSFELD, SECRETARY OF DEFENSE, ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 03–10014.  EVERETT *v.* PENNSYLVANIA ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 03–10022.  LEWIS *v.* JOHNSON, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS.  C. A. 4th Cir.  Certiorari denied.

No. 03–10036.  BUSHARD *v.* YUKINS, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 03–10073.  GALE *v.* VAUGHN, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT GRATERFORD.  C. A. 3d Cir.  Certiorari denied.